Court of Criminal Appeals
201 West 14th
Room 108
Austin Tx. 78711

Dear Clerk

Recently my P.D.R. was denied but the white card was damaged by the U.S. Postal system or the prison mail handlers. Can you send me a copy of that white card my cause no. in the trial court was CR29782.

Sinc.

Jared Cruse
1708081
French M. Robertson
12071 F.M. 3522
Abilene Tx. 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk